■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS DORSEY, Appellant. [63 NYS3d 878]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Foley, J.), imposed January 19, 2016, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Calinda*, 142 AD3d 1183 [2016]). Eng, P.J., Balkin, Hall, Duffy and Brathwaite Nelson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES R. DOWNING, Appellant. [63 NYS3d 733]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Brown, J.), imposed June 20, 2016, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Roman, LaSalle and Christopher, JJ., concur.